\*\*E-filed 5/4/06\*\*

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
EDWIN L. JOE (SBN 112328)
Special Assistant United States Attorney

    455 Market Street, 6th Floor
    San Francisco, California  94105-2420
    Telephone:   (415) 744-8494
    Facsimile:   (202) 481-1810 or (415) 744-6812
    Email:   edwin.joe@sba.gov

Attorneys for the Receiver

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | E-filing |
|     Plaintiff,  ) | |
| ) | Civil Case No.  C05 4187 JF |
| v.  ) | |
| ) | |
| NEW VISTA CAPITAL FUND, LP  ) | **JOINT CASE MANAGEMENT** |
| ) | **STATEMENT AND** |
| ) | **PROPOSED ORDER** |
| ) | |
|     Defendant.  ) | Date:  May 5, 2006 |
| ) | Time:  10:30 AM |
| _____ ) | Ctrm:  3, 5th Floor |
| | 280 S. First St., San Jose |

      The parties to the above entitled action jointly submit this Case Management Statement and Proposed Order and request the Court adopt it as its Case Management Order in this case.

//

//

**C05 4187 JF  - Joint Case Management Statement and Proposed Order**    1

Description of the Case

1. <u>Overview</u>:  NEW VISTA CAPITAL FUND, L.P. ("New Vista") was licensed by United States Small Business Administration ("SBA") as a Small Business Investment Company ("SBIC") under section 301 (c) of 15 U.S.C. §681(c).  SBA determined the SBIC to be capital impaired in 2003, unable to cure the capital impairment by 2004, obtained the SBIC's agreement to a Consent Order for Receivership and for SBA to be appointed Receiver by the court.

2.  Thereafter, since the court has jurisdiction over SBIC receiverships, SBA obtained court approval of the Consent Order for Receivership, and SBA was appointed Receiver on December 8, 2005.  Currently, there is approximately $9 million (principal) in outstanding Participating Securities purchased by SBA.

3.  <u>Current Status</u>:  SBA as Receiver is currently marshalling assets and reviewing the financial records of New Vista.  SBA will file an annual accounting with the court approximately March 2007 for the period between December 2005 to December 31, 2006.  There are no anticipated issues, factual or discovery disputes between the parties, since New Vista has fully cooperated with the Receiver.

 4.  Since a Consent Order of Receivership has been entered, no trial date is needed.  However, overall court supervision is needed until the Receiver completes the accounting process, requests the court set a claims bar date for any other potential creditors/claimants, completes liquidation of New Vista, and seeks case closure.

5. Therefore, the parties suggest canceling or postponing the May 5, 2006, Case Management Conference until approximately March or April 2007, when the Receiver will likely be filing the first annual accounting for this Receivership.

Dated: 4/26/06                              /s/ Edwin L. Joe
                                            Edwin L. Joe
                                            Special Assistant United States Attorney

Dated: 4/10/06                              /s/ Frank S. Greene
                                            Frank S. Greene, Managing Member
                                            New Vista Capital, LLC, General Partner of
                                            New Vista Capital Fund, LP

## CASE MANAGEMENT ORDER

This Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

1. The Case Management Conference for May 5, 2006 at 10:30 AM is hereby postponed until (date and time) __3/3/07_____.

Dated: 5/4/06                               _____
                                            HONORABLE JEREMY FOGEL
                                            UNITED STATES DISTRICT JUDGE

**C05 4187 JF  - Joint Case Management Statement and Proposed Order**      3

1  5. Therefore, the parties suggest canceling or postponing the May 5, 2006, Case
2  Management Conference until approximately March or April 2007, when the Receiver
3  will likely be filing the first annual accounting for this Receivership.
4
5
6  Dated: _____     _____
7                                    Edwin L. Joe
                                     Special Assistant United States Attorney
8
9  Dated: 4/10/06                    _____
10                                   Frank S. Greene, Managing Member
                                     New Vista Capital, LLC, General Partner of
11                                   New Vista Capital Fund, LP
12
13
14
15                     CASE MANGEMENT ORDER
16
17
    This Case Management Statement and Proposed Order is hereby adopted by the
18
    Court as the Case Management Order for the case and the parties are ordered to comply
19
20  with this Order. In addition the Court orders:
21
22
    1. The Case Management Conference for May 5, 2006 at 10:30 AM is hereby
23
    postponed until (date and time) _____.
24
25
26
27  Dated:_____     _____
28                                   HONORABLE JEREMY FOGEL
                                     UNITED STATES DISTRICT JUDGE

C05 4187 JF - Joint Case Management Statement and Proposed Order    3